IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

1

2

3  GEORGE A. BROWN

4      PLAINTIFF

5  V

6  CONGRESS OF THE UNITED         CIVIL ACTION NO: 05-1998 UNA

7  STATES

8      DEFENDANT

9

10

11         NOTICE OF APPEAL

12

13     COMES NOW THE PLAINTIFF IN THE ABOVE STYLE ACTION AND

14 RESPECTFULLY MOVES THE COURT TO ENTER THIS MOTION FOR NOTICE

15 OF APPEAL UNDER FRAP, RULE 4. THE PLAINTIFF STATES THE

16 FOLLOWING:

17     THE PLAINTIFF CHALLENGES THAT THE HONORABLE UNITED STATES

18 DISTRICT JUDGE ORDER IS UNLAWFULLY, ARBITRARY AND VIOLATES

19 THE PLAINTIFFS' 1ST, 5TH AND 14TH CONSTITUTIONAL RIGHTS BECAUSE THE

20 U.S. DISTRICT JUDGE NEVER ANSWER THE QUESTION OF THE

21 CONSTITUTIONALLY OF THE AMENDED FEDERAL CRIMINAL STATUTE

22 28 U.S.C.A. § 535 WHICH DENIES THE PLAINTIFF OF HIS 1ST

23 AMENDMENT RIGHT.

24     FIRST, THE U.S. DISTRICT COURT JUDGE ONLY STATES WHAT

25 THE AMENDED FEDERAL STATUTE NOW STATES WHAT IT WAS

(1)

1  CHANGED TO ON NOVEMBER 2nd, 2002.
2
3     SECOND, THE PLAINTIFF STATED THAT WHEN CONGRESS AMENDED
4  STATUTE 28 U.S.C.A. § 535 ON NOVEMBER 2nd, 2002; THE AMENDED
5  STATUTE VIOLATES THE EQUAL PROTECTION COMPONENT OF DUE
6  PROCESS CLAUSE BECAUSE IT DEPRIVES THE PLAINTIFF HIS 1ST
7  AMENDMENT RIGHT TO A TRADITIONAL PUBLIC FORUM FOR REPORTING
8  CRIME!
9
10    THIRD, THE PLAINTIFF HAS A RIGHT TO FILE HIS 42 U.S.C. § 1983
11  AGAINST CONGRESS OF THE UNITED STATES BECAUSE HE WAS DEPRIVED
12  OF A RIGHT SECURED BY THE CONSTITUTION AND THE DEPRIVATION WAS
13  CAUSE BY THEM ACTING UNDER COLOR OF STATE LAW.
14    THEREFORE, THE PLAINTIFF, GEORGE A. BROWN, HAS NO CHOICE BUT
15  TO INFORMED THE COURTS WITH HIS INTENTION WITH THIS NOTICE OF
16  APPEAL TO THE ADVERSE DECION THAT THE HONORABLE JUDGE HANDED
17  DOWN.
18
19  RESPECTFULLY SUBMITTED THIS ___24th___ DAY OF ___OCTOBER___, 2005
20
21               _George A. Brown_
22
23                    ATTORNEY PRO SE
24
25

(2)

## CERTIFICATE OF SERVICE

1
2    I HEREBY CERTIFY THAT I HAVE THIS DAY SERVED THE PARTIES IN THE
3    FOREGOING ACTION WITH A COPY OF THIS BY PLACING THE SAME IN THE
4    UNITED STATES MAIL WITH SUFFICIENT POSTAGE AFFIXED THERETO TO
5    ASSUME DELIVERY AND PROPERLY ADDRESSED:
6
7
8    ATTORNEY GENERAL JOHN ASHCROFT
9    UNITED STATES DEPT. OF JUSTICE
10   950 PENNSYLVANIA AVENUE, NW
11   WASHINGTON, D.C. 20530
12
13
14   RESPECTFULLY SUBMITTED THIS 24th DAY OF OCTOBER, 2005
15
16                    _George A. Bixon_
17
18                    ATTORNEY PRO SE
19
20
21
22
23
24
25