# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5417**               **September Term, 2006**

05cv01998

Filed On:

George A. Brown,
    Appellant

v.

Congress of the United States,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  DEC - 4 2006

CLERK

### ORDER

By order filed September 21, 2006, appellant was directed to pay the $255.00 filing and docketing fees to the district court, by October 23, 2006. The appellant received and signed for the order on September 28, 2006. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 1, 25, 07
BY: _____ Deputy Clerk
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Elizabeth V. Scott
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk